158 A.3d 69

COMMONWEALTH of Pennsylvania, Respondent

v.

Jose M. ESPADA, Petitioner

No. 240 EAL 2016

Supreme Court of Pennsylvania.

September 21, 2016

## ORDER

PER CURIAM

**AND NOW**, this 21st day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.